```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

IRVIN DURAN,                      )
     Plaintiff,                   )
                                  )
v.                                )    C.A. No. 08-10527-MLW
                                  )
ANDREA J. CABRAL, GERARD          )
HORGAN, PAUL DEFAZIO and          )
RACHELLE STEINBERG,               )
     Defendants.                  )
```

ORDER

WOLF, D.J.                                            March 25, 2010

The court has received the attached Magistrate Judge's Report and Recommendation concerning Defendants' Motion to Dismiss Pursuant to Fed. Civ. P. 12(b)(6). No objections to the Report and Recommendation have been filed.

The court finds the Magistrate Judge's Report and Recommendation to be thorough, thoughtful, and persuasive.

Accordingly, it is hereby ORDERED that:

1. The attached Report and Recommendation (Docket No. 34) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. §636(b)(1).

2. For the reasons stated in the Report and Recommendation, Defendants' Motion to Dismiss Pursuant to Fed. Civ. P. 12(b)(6) (Docket No. 18) is ALLOWED.

3. This case is DISMISSED.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE